IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>STEFANIE DAWN DELORENZO,<br><br>      Defendant and Judgment Debtor.<br><br>PROGRESSIVE CASUALTY INS. CO.,<br>(and its Successors and Assignees)<br><br>      Garnishee. | Case No. 2:20-MC-00071-WBS-KJN<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (WAGES)**<br><br>Criminal Case No. 2:10-CR-00140-JAM |

The Court, having carefully reviewed the entire file and the United States' Request for an Order Terminating the Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

    1.    Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Continuing Garnishment (Wages) previously issued against Stefanie Dawn Delorenzo on March 31, 2020, is hereby TERMINATED without prejudice;

    2.    Any hearings, if any, on the matter shall be removed from calendar;

    3.    Any funds currently held by garnishee, Progressive Casualty Ins. Co., if any, shall be released to defendant, Stefanie Dawn Delorenzo, within ten (10) days; and

4. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: April 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE